Charles D. NYMAN, Appellant,

v.

Anthony J. CELEBREZZE, Secretary of Health, Education and Welfare, Appellee.

No. 10150.

United States Court of Appeals Fourth Circuit.

Argued Jan. 4, 1966.

Decided Jan. 10, 1966.

James W. Harman, Jr., Tazewell, Va., for appellant.

Harvey L. Zuckman, Attorney, Department of Justice (John W. Douglas, Asst. Atty. Gen., and Kathryn H. Baldwin and Robert J. Vollen, Attorneys, Department of Justice, and Thomas B. Mason, U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, and BRYAN and J. SPENCER BELL, Circuit Judges.

PER CURIAM:

We have examined the record in this case. We find the evidence sufficient to support the Secretary's finding that the claimant was not disabled within the critical period of this application. The summary judgment of the district court is affirmed.

Affirmed.

Joseph PETER, Jr., Appellant,

v.

UNITED STATES of America, Appellee.

No. 20432.

United States Court of Appeals Ninth Circuit.

Jan. 5, 1966.

James J. Gillespie, Spokane, Wash., for appellant.

Frank R. Freeman, U. S. Atty., C. D. Fransen, Asst. U. S. Atty., Spokane, Wash., for appellee.

Before BARNES, KOELSCH and BROWNING, Circuit Judges.

PER CURIAM:

On consideration of the appeal, we find a strictly factual issue was determined in the District Court adverse to appellant. Under well-known rules governing our examination of evidence on an appeal, the evidence supports the trial court's determination, and we affirm.